BALTIMORE DAIRY LUNCH CO., Appellant, v. BELMORE LUNCH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by the Baltimore Dairy Lunch Company against the Belmore Lunch Company and others. J. M. Gazzam, of New York City, for appellant. A. Lipton, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BANK OF METROPOLIS, Respondent, v. McLEISH, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Bank of the Metropolis against George McLeish. S. Fleischman, of New York City, for appellant. J. Delahunty, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.